

# Fourth Court of Appeals
## San Antonio, Texas

November 6, 2017

No. 04-17-00520-CV

Thilo **BURZLAFF**, M.D., P.A., and Tamela Arabit-Burzlaff,
Appellants

v.

Janet M. **WEBER**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI03358
Honorable Solomon Casseb, III, Judge Presiding

# O R D E R

Appellees' motion for extension of time to file their brief is granted. The appellees' brief is due on November 16, 2017.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of November, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court